```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                         DEC 29 2010

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY              SA        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-268-RSWL |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Efasto Vellego, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

Case 2:06-cr-00268-RSWL   Document 108   Filed 12/29/10   Page 2 of 2   Page ID #:136

| | | | |
|---|---|---|---|
| 1 | | | The court concludes: |
| 2 | A. | ( ) | Defendant poses a risk to the safety of other persons or the community |
| 3 | | | because defendant has not demonstrated by clear and convincing |
| 4 | | | evidence that: |

[lines 5–8: blank underscored lines]

10  (B)  ( )  Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:

[lines 12–15: blank underscored lines]

17      IT IS ORDERED that defendant be detained.

19  DATED: 12-29-10

                                    /s/ John E. McDermott
                                    ──────────────────────────
                                    JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE

2